IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>TAYDOR YOAYAT,    )<br>)<br>Defendant.    )<br>) | 8:14CR392<br><br>ORDER |

This matter is before the court on the government's Motion to Continue Trial [27] as counsel has been ill and is out of the district the week of January 19, 2015.  Good cause being shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for January 27, 2015 is continued to **February 24, 2015.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

**DATED 16th day of January, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**