IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR392 |
| vs. | ) | |
| | ) | ORDER |
| TAYDOR YOAYAT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue Trial [29] as a critical witness for the Plaintiff will be out of the country and unavailable. Good cause being shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for February 24, 2015 is continued to **March 10, 2015.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

A party may object to the magistrate judge's order by filing an "Statement of Objections to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED 19th day of February, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**