IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TAYDOR YOAYAT,<br><br>　　　　Defendant. | **8:14CR392**<br><br>ORDER |

　　　This matter is before the Court on the defendant's Motion for Copies (Filing No. 89), including the Judgment and Commitment, Sentencing Transcript, and Docket Sheet in this case. The defendant requests a waiver of fees associated with the costs of the copies. The Court sentenced the defendant on the Indictment in this case on February 17, 2016 (Filing Nos. 86 and 87).

　　　No transcripts of the Sentencing held on February 17, 2016 have been prepared by the Court, therefore, no copies are currently available for purchase. At this time, the defendant has no motions or cases pending before this court, and the deadline to file an appeal in the underlying case has long since passed. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of his Judgment and Commitment and Docket Sheet and to pay the costs of the same.

　　　**IT IS ORDERED** that the defendant's Motion for Copies and to waive such costs [89] is denied.

　　　DATED this 8th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge