**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:14CR392** |
| **vs.** | |
| **TAYDOR YOAYAT,** | **JUDGMENT** |
| **Defendant.** | |

For the reasons set out in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1.      The Court has completed its initial review of the Defendant's correspondence construed as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF 91;

2.      The claims raised in the Defendant's § 2255 motion are summarily denied; and

3.      The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 19th day of June, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge